

FILED
OCT - 9 2024
Clerk, U.S. District Court
Texas Eastern

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24-CR- 213 |
| | § | Judge ALM / AGD |
| CHRISTOPHER CARRINGTON (1) | § | |
| JONATHAN PAUL DURNEN (2) | § | |
| BAILEY JAMES SWANSON (3) | § | |

## INDICTMENT

The United States Grand Jury Charges:

### COUNT ONE

Violation: 18 U.S.C. § 933(a)(1)
(Trafficking in Firearms)

Beginning on or about November 1, 2023, the exact date being unknown to the United States Grand Jury, and continuing through the date of the filing of this Indictment, in the Eastern District of Texas and elsewhere, defendants

CHRISTOPHER CARRINGTON
JONATHAN PAUL DURNEN
BAILEY JAMES SWANSON,

did knowingly did knowingly conspire with each other and others known and unknown to the United States Grand Jury to transfer, in and affecting interstate commerce, firearms, to-wit: Belt fed type rifles, Barrett, .50 caliber rifles, AK and AR type rifles, and assorted handguns, while knowing or having reasonable cause to believe that that the use, carrying, or possession of the firearm by the recipient would constitute a Federal or State felony (as defined in section 932(a)).

In violation of Title 18, United States Code, Sections 932(a)(1) and (b).

## COUNT TWO

<u>Violation</u>: 18 U.S.C. § 922(a)(1)(A) (Engaging in the Business Without a License (Firearms))

Beginning in and around November 1, 2023, and continuing through the date of the filing of this Indictment, in the Eastern District of Texas and elsewhere, the defendants,

CHRISTOPHER CARRINGTON
JONATHAN PAUL DURNEN
BAILEY JAMES SWANSON

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

<u>Pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d), 18 U.S.C. § 934, and 28 U.S.C. § 2461.</u>

As the result of committing the offenses alleged in this Indictment, the defendants shall forfeit to the United States:

    a. any firearms and ammunition involved or used in the commission of these offenses;
    b. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and
    c. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to:

**CARRINGTON, DURNEN & SWANSON**

1. AERO PRECISION; Model: X15; Caliber: MULTI; Type: RIFLE; S/N: X599037
2. REMINGTON ARMS COMPANY, INC.; Model: 770; Caliber: 270; Type: RIFLE; S/N: 71547603
3. KP-15; Caliber: MULTI; Type: RIFLE; S/N: KM02138
4. CMMG INC.; Model: MK-4; Caliber: MULTI; Type: RIFLE; S/N: SCM-112126
5. ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 21026389
6. SAA-15; Caliber: MULTI; Type: PISTOL; S/N: 0523
7. SAA-15; Caliber: MULTI; Type: PISTOL; S/N: 0538
8. Firearm Parts & Accessories: Other; Qty: 1 EA; Miscellaneous Firearm Parts
9. UNKNOWN; Model: UNKNOWN; Caliber: UNKNOWN; Type: RIFLE; S/N: 5849792
10. Financial Instrument: Physical Currency; $6,255.00 (USD)
11. Electronic Hardware: Other; Qty: 1 EA; Monitor with Keyboard with power cord and Remote USB
12. Electronic Hardware: Computer; Qty: 1 EA; One Lenovo laptop with a charger and external hardrive
13. Electronic Hardware: Computer; Qty: 1 EA; 1 IPad, Black and Grey MODEL A2200, S/N F9FZLDNSMDG4
14. Electronic Hardware: Computer; Qty: 1 EA; Apple Macbook Air with JPC Ballistics cove,r MODEL A1932, S/N C02ZX030LYWH
15. Document; Qty: 5 EA; FROM B LOCATION - 5 BAGS CONTAINING MISC DOCUMENTS
16. Ammunition; Qty: 12 Rounds; Manufacturer: WINCHESTER-WESTERN; Caliber: 45
17. Ammunition; Qty: 10 Rounds; Manufacturer: FEDERAL; Caliber: 12
18. Ammunition; Qty: 5 Rounds; Manufacturer: FIOCCHI; Caliber: 410
19. AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: 300; Type: PISTOL; S/N: A768360
20. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL20305
21. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: km2581p
22. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL21816
23. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL20431
24. Pioneer Arms Corp; Model: PM63-C; Caliber: 9; Type: PISTOL; S/N: MO02945P

25. WINCHESTER; Model: 1894; Caliber: 30; Type: RIFLE; S/N: 495972
26. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: DR00497P
27. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: BR8107P
28. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: MA16738P
29. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: KM4190P
30. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: DR01128P
31. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: E5286P
32. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: AR01315P
33. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: KM6393P
34. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: KM06729P
35. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: BM13681P
36. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: H48271P
37. AMERICAN TACTICAL; Model: GSG-MP40; Caliber: 22; Type: RIFLE; S/N: A711128
38. WINCHESTER; Model: 94AE LEGACY; Caliber: 30-30; Type: RIFLE; S/N: 1894-1994
39. F.LLI PIETTA, FABRICA D'ARMI; Model: PPS50/22; Caliber: 22; Type: RIFLE; S/N: 1698
40. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC23PL13138
41. AMERICAN TACTICAL IMPORTS - ATI; Model: GALEO; Caliber: 556; Type: PISTOL; S/N: GAT000016
42. Ruger; Model: 10/22 Carbine; Caliber: 22; Type: RIFLE; S/N: 252-41767
43. MARLIN FIREARMS CO.; Model: 336; Caliber: 30-30; Type: RIFLE; S/N: 18071456
44. AERO PRECISION; Model: X15; Caliber: MULTI; Type: RIFLE; S/N: X599038
45. NORINCO CHINA KSI POMONA, CA; Model: MAK90; Caliber: 556; Type: RIFLE; S/N: 317457
46. ZASTAVA; Model: N-PAP M77 PS; Caliber: 308; Type: RIFLE; S/N: Z77-007225
47. Ohio Ordinance; Model: 1918A3; Caliber: 30; Type: RIFLE; S/N: 1979

48. MARLIN FIREARMS CO.; Model: 1894; Caliber: 480; Type: RIFLE; S/N: 20063095
49. RUGER; Model: 10/22; Caliber: 22; Type: RIFLE; S/N: 114-34701
50. WINCHESTER; Model: CANADIAN CENT 67; Caliber: 30-30; Type: RIFLE; S/N: 6671
51. NORINCO (NORTH CHINA INDUSTRIES); Model: MAK90 SPORTER; Caliber: 762; Type: RIFLE; S/N: 9436721
52. Unknown; Model: 98; Caliber: UNKNOWN; Type: RIFLE; S/N: 3618
53. CENTURY ARMS INTERNATIONAL; Model: M64; Caliber: 762; Type: RIFLE; S/N: M64-000421
54. Unknown; Model: M31; Caliber: 9; Type: RIFLE; S/N: Y000882
55. POLY TECHNOLOGIES   KFS   ATLANTA GA   MADE IN CHINA; Model: AK47S; Caliber: 762; Type: RIFLE; S/N: DF-00487
56. STERLING; Model: SMG; Caliber: UNKNOWN; Type: RIFLE; S/N: XLA29-C00948
57. AUTO ORDNANCE CORD; Model: UNKNOWN; Caliber: UNKNOWN; Type: RIFLE; S/N: KW250
58. Ammunition; Qty: 20 Rounds; Manufacturer: UNKNOWN; Caliber: UNKNOWN
59. INTRATEC; Model: MATEL TECH 9; Caliber: 9; Type: PISTOL; S/N: 00073
60. AERO PRECISION; Model: X15; Caliber: MULTI; Type: RIFLE; S/N: X599033
61. TAURUS; Model: THE JUDGE; Caliber: 45; Type: REVOLVER; S/N: EU472571
62. IZHMASH (IMEZ); Model: SAIGA; Caliber: 12; Type: SHOTGUN; S/N: H11415121
63. TAURUS; Model: THE JUDGE; Caliber: 45/410; Type: REVOLVER; S/N: HR918420
64. TAURUS; Model: THE JUDGE; Caliber: 45/410; Type: REVOLVER; S/N: MC554387
65. GLOCK GMBH; Model: 37; Caliber: 45; Type: PISTOL; S/N: KTD015
66. AMERICAN TACTICAL IMPORTS - ATI; Model: FXH-45; Caliber: 45; Type: PISTOL; S/N: ML114516
67. MOSSBERG; Model: INTERNATIONAL; Caliber: 22; Type: PISTOL; S/N: EMJ3943755
68. ISRAEL WEAPON IND- IWI (ISRAEL MILITARY IND- IMI); Model: DESERT EAGLE; Caliber: 50; Type: PISTOL; S/N: 37205476
69. KH; Model: USP; Caliber: 45; Type: PISTOL; S/N: 25-134013
70. Firearm Parts & Accessories: Other; Qty: 1 EA; FIREARM PARTS  1919 BARRELS
71. Other; Qty: 1 EA.; Keys

72. Firearm Parts & Accessories: Other; Qty: 1 EA; FIREARM PARTS IN ONE BLACK GUN CASE
73. Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: SILENCER (NFA); S/N: None
74. Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: SILENCER (NFA); S/N: None
75. Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: SILENCER (NFA); S/N: None
76. Unknown Manufacturer; Model: -- ;Caliber: 556; Type: RIFLE; S/N: None
77. Unknown Manufacturer; Model: -- ;Caliber: 556; Type: RIFLE; S/N: None
78. Unknown Manufacturer; Model: -- ;Caliber: 762; Type: RIFLE; S/N: D35392-2-RIA
79. Unknown Manufacturer; Model: UNKNOWN; Caliber: UNKNOWN; Type: MACHINE GUN (NFA); S/N: None
80. UNKNOWN; Model: M34; Caliber: UNKNOWN; Type: MACHINE GUN (NFA); S/N: 3771
81. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 9; Type: PISTOL; S/N: C5413P
82. Ammunition; Qty: 34 Rounds; Manufacturer: ASSORTED; Caliber: 9
83. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL20067
84. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL21783
85. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC23PL16631
86. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC23PL16834
87. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL21795
88. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL21745
89. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL19970
90. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL21790
91. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL21732
92. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL20079
93. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC23PL15555
94. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL20366

95. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL22139
96. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL21735
97. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: SPORTER; Caliber: 762; Type: RIFLE; S/N: PAC24PL19952
98. SMITH & WESSON; Model: 629 CLASSIC; Caliber: 44; Type: REVOLVER; S/N: DXY1655
99. COLT; Model: COLT .357; Caliber: 357; Type: REVOLVER; S/N: 8263
100. BERETTA USA CORP; Model: 92F; Caliber: 9; Type: PISTOL; S/N: BER788117
101. Walther Arms; Model: CIP N; Caliber: 9; Type: PISTOL; S/N: FDK2503
102. WALTHER; Model: CCP; Caliber: 9; Type: PISTOL; S/N: WK117057
103. unknown; Caliber: UNKNOWN; Type: RIFLE; S/N: A01625
104. SIG SAUER (SIG-ARMS); Model: P320; Caliber: 9; Type: PISTOL; S/N: M17A017315
105. NORINCO (NORTH CHINA INDUSTRIES); Model: SKSS; Caliber: 762; Type: RIFLE; S/N: 16419
106. Century Arms; Model: Paratrooper; Caliber: 762; Type: RIFLE; S/N: PT-002663
107. WINCHESTER; Model: 94 CHEROKEE; Caliber: 30-30; Type: RIFLE; S/N: 1851729
108. Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: SILENCER (NFA); S/N: None
109. WALTHER; Model: PPQ Q4 SF; Caliber: 9; Type: PISTOL; S/N: FCZ1268
110. ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 22065825
111. unknown; Caliber: MULTI; Type: RIFLE; S/N: ST554827
112. LWRC (LEITNER WISE RIFLE CO. INC.); Model: M6; Caliber: 68; Type: MACHINE GUN (NFA); S/N: 04-00235
113. Spanish Mauser; Caliber: UNKNOWN; Type: RIFLE; S/N: V705
114. HIPOINT; Model: CF380; Caliber: 380; Type: PISTOL; S/N: P 8152896
115. Smith and Wesson; Model: unknown; Caliber: 38; Type: REVOLVER; S/N: 445699
116. KE ARMS; Model: KP-15UNKNOWN; Caliber: MULTI; Type: RIFLE; S/N: KM00852
117. BUSHMASTER FIREARMS; Model: XM15-E2S; Caliber: MULTI; Type: RIFLE; S/N: BK5604562
118. Taran Tactical International; Model: Sand Viper; Caliber: UNKNOWN; Type: PISTOL; S/N: TTI99560PV
119. HIPOINT; Model: C9; Caliber: 9; Type: PISTOL; S/N: P10026368
120. BUSHMASTER FIREARMS; Model: CARBON 15; Caliber: 223; Type: RIFLE; S/N: RB064273

121. SHADOW SYSTEMS, LLC; Model: DR920; Caliber: 9; Type: PISTOL; S/N: SSX059853
122. UNKNOWN; Model: UNKNOWN; Caliber: 762; Type: RIFLE; S/N: CM 19137
123. PF320; Caliber: UNKNOWN; Type: Pistol; S/N: 58A164971
124. SPRINGFIELD ARMORY,GENESEO,IL; Model: 1911A1; Caliber: 9; Type: PISTOL; S/N: NM558311
125. AERO PRECISION; Model: M5; Caliber: -- ;Type: RECEIVER/FRAME; S/N: US351033
126. AERO PRECISION; Model: M5; Caliber: -- ;Type: RECEIVER/FRAME; S/N: US353416
127. AERO PRECISION; Model: M5; Caliber: -- ;Type: RECEIVER/FRAME; S/N: US329654
128. AERO PRECISION; Model: M5; Caliber: -- ;Type: RECEIVER/FRAME; S/N: US351035
129. AERO PRECISION; Model: M5; Caliber: -- ;Type: RECEIVER/FRAME; S/N: US353425
130. AERO PRECISION; Model: M5; Caliber: -- ;Type: RECEIVER/FRAME; S/N: US351040
131. AERO PRECISION; Model: M5; Caliber: -- ;Type: RECEIVER/FRAME; S/N: US351048
132. SAVAGE; Model: 817; Caliber: 17; Type: RIFLE; S/N: 3163366
133. TSG Group LLC; Model: TS-10; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: TS100255
134. AERO PRECISION; Model: X15; Caliber: MULTI; Type: PISTOL; S/N: X599045
135. PIONEER ARMS CORPORATION (RADOM, POLAND); Model: PPS43-C; Caliber: 762; Type: PISTOL; S/N: BM10195P
136. Unknown Manufacturer; Model: -- ;Caliber: UNKNOWN; Type: RIFLE; S/N: None
137. AERO PRECISION; Model: X15; Caliber: MULTI; Type: RIFLE; S/N: X599026
138. Unknown Manufacturer; Model: -- ;Caliber: UNKNOWN; Type: RECEIVER/FRAME; S/N: None
139. JPC BALLISTICS; Model: X15; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: 00001
140. AERO PRECISION; Model: X15; Caliber: MULTI; Type: RIFLE; S/N: X599005
141. Unknown Manufacturer; Model: -- ;Caliber: UNKNOWN; Type: RECEIVER/FRAME; S/N: None
142. NORINCO (NORTH CHINA INDUSTRIES); Model: MAK90; Caliber: 762; Type: RIFLE; S/N: 52962

143. CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7057867
144. ARMALITE; Model: AR180B; Caliber: 556; Type: RIFLE; S/N: US203115
145. Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: RECEIVER/FRAME; S/N: None
146. MASTERPIECE ARMS; Model: DEFENDER; Caliber: 9; Type: PISTOL; S/N: FX25829
147. AERO PRECISION; Model: X15; Caliber: MULTI; Type: PISTOL; S/N: X599020
148. ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 22049858
149. unknown; Model: unknown; Caliber: 762; Type: Rifle; S/N: E-105943
150. SAVAGE; Model: AXIS; Caliber: 22-250; Type: RIFLE; S/N: J742915
151. WAFFEN WERKS KNOXVILLE, TN; Model: AK-74; Caliber: 545; Type: RECEIVER/FRAME; S/N: 10785
152. GLOCK GMBH; Model: 19; Caliber: 9; Type: PISTOL; S/N: BBEN082
153. HECKLER AND KOCH; Model: USP45; Caliber: 45; Type: PISTOL; S/N: 25-161347
154. SPRINGFIELD ARMORY,GENESEO,IL; Model: 1911A1; Caliber: 45; Type: PISTOL; S/N: N535734
155. STEYR; Model: C9-A2; Caliber: 9; Type: PISTOL; S/N: 3222871
156. UTAS (ULUSLARARASI TICARET ANONIM SIRKETI); Model: XTR-12; Caliber: 12; Type: SHOTGUN; S/N: XTR03296
157. AERO PRECISION; Model: X15; Caliber: MULTI; Type: RIFLE; S/N: X599049
158. RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 2-104649
159. XDM-45 ACP; Caliber: 45; Type: PISTOL; S/N: MG670342
160. AERO PRECISION; Model: X15; Caliber: MULTI; Type: RIFLE; S/N: X599040
161. HUNGARY; Model: M95; Caliber: 8; Type: RIFLE; S/N: M953404544
162. XDs; Caliber: 45; Type: PISTOL; S/N: S4129631
163. SIG-SAUER; Model: P226S; Caliber: 9; Type: PISTOL; S/N: U490053
164. M&P; Caliber: 40; Type: PISTOL; S/N: MPB3847
165. NORINCO (NORTH CHINA INDUSTRIES); Model: SKS; Caliber: 762; Type: RIFLE; S/N: 11599126
166. PIONEER ARMS CORP; Model: PM63C; Caliber: 9; Type: PISTOL; S/N: ZK4367P
167. PIONEER ARMS CORP; Model: PM63C; Caliber: 9; Type: PISTOL; S/N: MO07648P
168. PIONEER ARMS CORP; Model: PM63C; Caliber: 9; Type: PISTOL; S/N: MO03063P

169. PIONEER ARMS CORP; Model: PM63C; Caliber: 9; Type: PISTOL; S/N: WR5542P
170. PIONEER ARMS CORP; Model: PM63C; Caliber: 9; Type: PISTOL; S/N: TM03350P
171. Pioneer Arms; Model: PM-63C; Caliber: 9; Type: PISTOL; S/N: AM11344P
172. Pioneer Arms; Model: PM-63C; Caliber: 9; Type: PISTOL; S/N: GG3495P
173. Pioneer Arms; Model: PM-63C; Caliber: 9; Type: PISTOL; S/N: TM06384P
174. Pioneer Arms; Model: PM-63C; Caliber: 9; Type: PISTOL; S/N: TM00937P
175. Pioneer Arms; Model: PM-63C; Caliber: 9; Type: PISTOL; S/N: TM03468P
176. Pioneer Arms; Model: PM-63C; Caliber: 9; Type: PISTOL; S/N: DT3982P
177. Ammunition; Qty: 5 Rounds; Manufacturer: UNKNOWN; Caliber: 410
178. Ammunition; Qty: 1600 Rounds; Manufacturer: UNKNOWN; Caliber: multi
179. Firearm Parts & Accessories: Other; Qty: 10 EA; BARRELS
180. Other; Qty: 1 EA.; Business Debit Card, #5190 9890 0021 1576  EXP 4/27 For JPC Ballistics LLC Christopher Carrington
181. Firearm Parts & Accessories: Other; Qty: 14 EA; ASSORTED FIREARM PARTS
182. Firearm Parts & Accessories: Other; Qty: 10 EA; B-7 AND B-8  - FLASH SUPPRESSORS AND GRIPS
183. Unknown Manufacturer; Model: UNKNOWN; Caliber: UNKNOWN; Type: SILENCER (NFA); S/N: None
184. Other; Qty: 21 EA.; BAMBU FILAMENT REUSABLE SPOOLS
185. Financial Instrument: Physical Currency; $5,000.00 (USD); Cash converted to a cashiers check in the amount of $5,000.00
186. Other; Qty: 1 EA.; 1 Wen Milling Machine
187. Other; Qty: 1 EA.; Titanium Mig Welder
188. Other; Qty: 1 EA.; Vevor Variable Speed Minilathe S/N MX-8716G
189. Other; Qty: 1 EA.; AFF super duty hydraulic shop press S/N 850ASD
190. Other; Qty: 14 EA.; Qty: 14 EA.; BAMBU FILAMENT REUSABLE SPOOLS
191. Other; Qty: 1 EA.; Central Pneumatic floor blast cabinet
192. Other; Qty: 1 EA.; OM Tech Laser Engraver
193. Firearm Parts & Accessories: Other; Qty: 1 EA; Bin containing miscellaneous firearm magazines, firearm grips, and other firearm parts and accessories.
194. Firearm Manufacturing Equipment: 3D Printer; Qty: 1 EA; Bambu Lab 3D printer, MOD P15 with spool holder
195. Other; Qty: 1 EA.; 3 - Easy Jig Routers and parts in brown box
196. Firearm Manufacturing Equipment: 3D Printer; Qty: 1 EA; Bambu Lab 3D printer, MOD P15 with spool holder
197. Other; Qty: 1 EA.; Angcabic 3d printer
198. Firearm Parts & Accessories: Other; Qty: 209 EA; 114 - AR-15 80% LOWERS

199. Other; Qty: 4 EA.; 4 steel boring and milling blocks.
200. Firearm Parts & Accessories: Other; Qty: 1 EA; ONE BIN CONTAINING ASSORTED FIREARM PARTS AND ACCESSORIES
201. Firearm Parts & Accessories: Other; Qty: 1 EA.; 1 bin full parts and accessories. multiple parts from Location H
202. Other; Qty: 1 EA.; Green Bin containing aluminum billets.
203. CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7109153

A TRUE BILL

_____CJ_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____
MATTHEW T. JOHNSON
Assistant United States Attorney

Date: __10-9-24__

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:24-CR- 213 |
| | § | Judge ALM / AGD |
| CHRISTOPHER CARRINGTON (1) <br> JONATHAN PAUL DURNEN (2) <br> BAILEY JAMES SWANSON (3) | § § § § | |

## NOTICE OF PENALTY

### Count One

Violation:    18 U.S.C. § 933(a)(1)

Penalty:    Imprisonment of not more than fifteen years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $ 100.00

### Count Two

Violation:    18 U.S.C. § 922(a)(1)(A)

Penalty:    Imprisonment of not more than five years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $ 100.00